KC:JB
F.#2005R01365

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GARAUFIS, J.

J. ORENSTEIN, M.J.

CR - 06 - 216

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

FNU LNU, also known as
   "Abdulhakeem Nour,"
   "Abu Hakim,"
   "Noureddine Malki,"
   "Almaliki Nour" and
   "Almalik Nour Eddin,"

          Defendant.

- - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 793(e)
 and 3551 et seq.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAR 29 2006  ★

BROOKLYN OFFICE

THE GRAND JURY CHARGES:

COUNT ONE
(Unauthorized Possession of National Defense Information)

1.    In or about and between 2004 and 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant FNU LNU, also known as "Abdulhakeem Nour," "Abu Hakim," "Noureddine Malki," "Almaliki Nour" and "Almalik Nour Eddin," having unauthorized possession of a document relating to the national defense, to wit: Document #1, the identity of which is known to the grand jury, knowingly and willfully retained the same and failed to deliver it to the officer and employee of the United States entitled to receive it.

      (Title 18, United States Code, Sections 793(e) and 3551 et seq.)

2

## COUNT TWO
(Unauthorized Possession of National Defense Information)

2.    In or about and between 2004 and 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant FNU LNU, also known as "Abdulhakeem Nour," "Abu Hakim," "Noureddine Malki," "Almaliki Nour" and "Almalik Nour Eddin," having unauthorized possession of a document relating to the national defense, to wit:  Document #2, the identity of which is known to the grand jury, knowingly and willfully retained the same and failed to deliver it to the officer and employee of the United States entitled to receive it.

(Title 18, United States Code, Sections 793(e) and 3551 et seq.)

## COUNT THREE
(Unauthorized Possession of National Defense Information)

3.    In or about and between 2003 and 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant FNU LNU, also known as "Abdulhakeem Nour," "Abu Hakim," "Noureddine Malki," "Almaliki Nour" and "Almalik Nour Eddin," having unauthorized possession of a document relating to the national defense, to wit:  Document #3, the identity of which is known to the grand jury, knowingly

3

and willfully retained the same and failed to deliver it to the officer and employee of the United States entitled to receive it.

(Title 18, United States Code, Sections 793(e) and 3551 et seq.)

COUNT FOUR
(Unauthorized Possession of National Defense Information)

4.    In or about and between 2003 and 2005, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant FNU LNU, also known as "Abdulhakeem Nour," "Abu Hakim," "Noureddine Malki," "Almaliki Nour" and "Almalik Nour Eddin," having unauthorized possession of a document relating to the national defense, to wit:  Document #4, the identity of which is known to the grand jury, knowingly and willfully retained the same and failed to deliver it to the officer and employee of the United States entitled to receive it.

(Title 18, United States Code, Sections 793(e) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

## INFORMATION SHEET

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

GARAUFIS, J.

ORENSTEIN, M.J.

CR-06-216

1. Title of Case: __United States V,   FNU LNU, aka "Abdulhakeem Nour" "Abu Hakim"__
   __"Noureddine Malki" "Almaliki Nour" and "Almalik Nour Eddin__

2. Related Magistrate Docket Number(s)_____

   None ( )

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

✳    MAR 29 2006    ✳

BROOKLYN OFFICE

3. Arrest Date: _____

4. Nature of offense(s):  ☐  Felony
                          ☐  Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the
   Local E.D.N.Y. Division of Business Rules):__U.S. v. MALKI, 05-CR-845__

   _____

   _____

6. Projected Length of Trial:    Less than 6 weeks    ( )
                                  More than 6 weeks    ( )

7. County in which crime was allegedly committed: _____KINGS_____
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?          (X) Yes  ( ) No

9. Have arrest warrants been ordered?                ( ) Yes  (X) No

10. Is a capital count included in the indictment?   ( ) Yes  (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By:    _____
JEFFREY KNOX
Assistant U.S. Attorney
(718) 254-7581

Rev. 10/01/03

F.#200501365

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

FNU LNU, also known as
    "Abdulhakeen Nour,"
    "Abu Hakim,"
    "Noureddine Malki,"
    "Almaliki Nour" and
    "Almalik Nour Eddin,"

        Defendant.

- - - - - - - - - - - - - - - - - - -X

        O R D E R

        06 CR 216

        On application of the United States Attorney for the Eastern District of New York by Assistant United States Attorney Jeffrey H. Knox,

        IT IS HEREBY ORDERED that the Indictment as against the above-named defendant is unsealed.

Dated: March 30, 2006
      Brooklyn, New York

        _Joan M. Azrack_
        UNITED STATES MAGISTRATE JUDGE