

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2005R01365

*One Pierrepont Plaza*

*Brooklyn, New York  11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York  11201*

April 25, 2007

<u>Via ECF</u>

Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Noureddine Malki
          <u>Criminal Docket No. 06-216 (ERK)</u>

Dear Judge Korman:

      The government respectfully submits this letter in
response to the defendant's handwritten letter dated March 25,
2007.  In his letter, the defendant complains about the
conditions of his confinement at the Metropolitan Detention
Center ("MDC"), press coverage of this case, and other matters.
The defendant's principal complaint apparently relates to the
fact that he does not have unfettered telephone access.  The
current telephone procedures are the product of a compromise
directed by Your Honor to, on one hand, remove the defendant from
the Special Housing Unit and eliminate Special Administrative
Measures, and, on the other hand, ensure that the defendant is
not in a position to disclose classified and highly sensitive
national defense information to individuals who could use it to
the detriment of U.S. forces in Iraq.

2

As for the particulars of the telephone procedures or any other conditions at the MDC, we believe that the most efficient way to resolve the issue is to discuss it at the sentencing hearing, which is currently scheduled for May 3, 2007. We will make available an MDC representative to answer any questions.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By:   /s/Jeffrey H. Knox
Jeffrey H. Knox
Assistant U.S. Attorney

cc: Mildred Whalen, Esq.