

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DSS
*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 5, 2011

By Email

Michelle Espinoza
Senior United States Probation Officer
Eastern District of New York

          Re:  United States v. Noureddine Malki
               Criminal Docket Nos. 05-845, 06-216 (BMC)

Dear Ms. Espinoza:

          The government writes in response to the defendant's letter, dated August 5, 2011, objecting to various portions of the second revised presentence investigation report ("PSR"). Each of the defendant's objections will be addressed in turn.

Paragraph 19

          The government submits that the third sentence of this paragraph should be removed and replaced with the following sentences: "During the interview, the defendant at first insisted that he had never used a different name.  However, after he was confronted with his true name, the defendant admitted his true identity and proceeded to admit to various false statements in his naturalization application."

Paragraph 20

          The defendant was arrested on October 12, 2005, not October 13, 2005 as indicated in the PSR.  The remainder of this paragraph is accurate as written.

Paragraph 21

          This paragraph is accurate as written.

Paragraphs 22 and 23

          These paragraphs are accurate as written.

<u>Paragraphs 24 and 25</u>

These paragraphs are accurate as written.

<u>Paragraph 26</u>

The government submits that this paragraph should be revised to read as follows:

> Just prior to his deployment as a translator in Iraq, the defendant discussed with his close friend Vincent Alston the apparent conflict between the defendant being Muslim and concerned for the plight of Iraqi civilians and the fact that the defendant would be working for U.S. forces in Iraq.  The defendant reassured Alston that the defendant would refuse to participate in any raids by U.S. forces while in Iraq.

<u>Paragraphs 27 to 32</u>

These paragraphs are accurate as written.

<u>Paragraphs 33 to 37</u>

The government submits that the second sentence of paragraph 33 should be revised to read as follows:  "Materials recovered from the defendant's computers indicate that the defendant supports al Qaeda and the September 11, 2001 attacks, and is opposed to the United States presence in Iraq."

In addition, the government submits that the first sentence of paragraph 34 should be revised to read "In addition, the defendant had developed numerous, unauthorized relationships with individuals operating in Iraq who had connections to anti-coalition forces and who would have valued the information he stole."

The remainder of these paragraphs is accurate as written.

<u>Paragraph 38</u>

This paragraph is accurate as written.

<u>Paragraphs 39, 40, 53 and 65</u>

These paragraphs are accurate as written.

2

<u>Paragraphs 41 to 47</u>

Paragraph 45 should be revised to reflect that the defendant was arrested on October 12, 2005, rather than October 13, 2005.  The remainder of these paragraphs is accurate.

<u>Paragraph 64</u>

For the reasons set forth in the government's resentencing memoranda, the government agrees that an abuse of trust enhancement is appropriate.

<u>Paragraphs 84 to 87</u>

The government submits that the subheading of paragraph 84 should be revised to read "Additional Theft from the U.S. Army" and that the last sentence in paragraph 84 should be revised to read "The defendant's computer also contained video footage of U.S. Army vehicles on patrol."  The remainder of these paragraphs are accurate as written.

<u>Paragraph 100</u>

The defendant correctly notes that the assault referenced in this paragraph is described in paragraph 108.

<u>Paragraphs 139 to 142</u>

These paragraphs are accurate as written.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   <u>/s/ Daniel S. Silver</u>
      Daniel S. Silver
      Assistant U.S. Attorney
      (718) 254-6034

cc:  Clerk of the Court (BMC) (By ECF)
     James Glasser, Esq. (By Email & ECF)

3